IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH COCKRELL,            No. C 06-2205 SI

      Plaintiff,            **PRETRIAL PREPARATION ORDER**

    v.

GULF STREAM COACH, INC.,

      Defendant.
                                        /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: 11/17/06 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 3/16/07

DESIGNATION OF EXPERTS: 3/26/07; REBUTTAL: 4/6/07.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 4/23/07

DISPOSITIVE MOTIONS **SHALL** be filed by 4/27/07;

    Opp. Due 5/11/07;  Reply Due 5/18/07;

   and set for hearing no later than 6/1/07 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 7/3/07 at 3:30 PM.
Pretrial materials due no later than 6/19/07.

JURY TRIAL DATE: July 16, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case is referred to the court's ADR Program for a mediation conference to occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:   8/3/06

                                                            SUSAN ILLSTON
                                                            United States District Judge